**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

United States District Court
Southern District of Texas

**ENTERED**

March 01, 2016

David J. Bradley, Clerk

| | | |
|---|---|---|
| Elizabeth M Guffy | § | |
| | § | |
| *versus* | § | Civil Action 4:16–cv–00536 |
| | § | |
| Greenberg Traurig, LLP, et al. | § | |

## Recusal Order

1.    I stand recused in this case.

2.    Deadlines in scheduling orders subsist. Court settings are vacated.


    Signed on March 1, 2016, at Houston, Texas.


_____
Nancy F. Atlas
United States District Judge